UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF CVITANOVIC BOAT SERVICE, INC., AS OWNER/OPERATOR OF THE M/V PERE ANA C, PETITIONING FOR EXONERATION FROM DAMAGES OR LIMITATION OF LIABILITY | CIVIL ACTION NO. <br><br> SECTION "    " <br><br> MAGISTRATE "    " |

## AFFIDAVIT OF VALUE

STATE OF LOUISIANA

PARISH OF LAFOURCHE

BEFORE ME, the undersigned authority, personally came and appeared:

## **TIM ANSELMI**

who, after being duly sworn did depose and say:

That he is a marine surveyor employed by Anselmi Maritime Consulting, L.L.C. with offices at Lockport, Louisiana;

That he has been a marine surveyor for 10 years;

That in his capacity as a marine surveyor and based upon his experience in the marine industry, he has determined that the value of the M/V PERE ANA C on July 26, 2010 was $1,237,000.00;

That this valuation is a fair market value of the M/V PERE ANA C and is based upon his experience as a marine surveyor and his experience operating offshore vessels for over 10 years.

The above and foregoing is true and correct to the best of his knowledge, information and belief.

_____
TIM ANSELMI

SWORN TO AND SUBSCRIBED

BEFORE ME, THIS 22nd DAY

OF DECEMBER, 2010.

_____
NOTARY PUBLIC

2